In the Matter of the Claim of Carmelo Romeo, Respondent, against Holley Canning Co., Inc., et al., Appellants. Workmen's Compensation Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ., concur. [See 272 App. Div. 1092.]

In the Matter of the Claim of Walter Malicki, Respondent, against Worthington Pump and Machinery Corporation, Appellant. Workmen's Compensation Board, Respondent.— Motion for leave to appeal to the Court of Appeals and for certification of questions denied, without costs. Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ., concur. [See 272 App. Div. 1093.]

Morris Connor, as Administrator of the Estate of Seymour Connor, Deceased, Respondent, v. State of New York, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ., concur. [See 272 App. Div. 1087.]